COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: ERIC FLORES, | § | No. 08-08-00181-CV |
| | § | |
| Relator. | | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Eric Flores, seeks a writ of mandamus to compel the Honorable Mike Herrera, Judge of the 383rd Judicial District Court reset a modification hearing and appoint an attorney to represent him in the underlying child support and custody modification suit. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)(orig. proceeding). Additionally, there must be no other adequate remedy at law. *Id*. at 840. Based on the petition and record before us, Mr. Flores has failed to demonstrate he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8.

June 12, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.